FILED

13 SEP 30 AM 11:31

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| SEYED A. RAZAVI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>V.<br><br>P&B CAPITAL GROUP, LLC,<br><br>Defendant. | Case No: 3:13-cv-01226-BEN-KSC<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE AS TO THE NAMED PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS**<br><br>[Docket No. 9] |
|---|---|

Based upon the Joint Motion for Dismissal, and good cause, this Court hereby orders the action to be, and is, dismissed with prejudice as to the Named Plaintiff and without prejudice as to the Putative Class.

**IT IS SO ORDERED.**

Dated: 9/27/13

HON. ROGER T. BENITEZ
United States District Judge